trial court and therefore cannot rely on them on appeal.[1]

With respect to Mr. Clemmons's claims that do not sound in tort, we find no error in the trial court's decision. Mr. Clemmons's claim for damages against Customs and Border Protection relies on FOIA, which does not create a cause of action for damages in the Court of Federal Claims; rather, it provides for injunctive relief from a district court. 5 U.S.C. § 552(a)(4)(B). The trial court also correctly held that the constitutional provisions cited by Mr. Clemmons do not provide for damages in the Court of Federal Claims against a district court that has allegedly violated those provisions. Review of district court decisions lies with the regional circuit courts, 28 U.S.C. § 1294(1), and the remedy for a district court's legal error is reversal of the district court's decision, not a judgment for damages against the court. As for Mr. Clemmons's claim that the Department of Veterans Affairs erred in denying his requests for benefits, the Court of Appeals for Veterans Claims is the appropriate forum for such claims, not the Court of Federal Claims. Moreover, such benefits claims can be pursued in that court only after the claimant has exhausted his administrative remedies before the Department of Veterans Affairs. *See* 38 U.S.C. § 7252.

Finally, Mr. Clemmons argues that the trial court should have transferred his case to another federal court under 28 U.S.C. § 1631. Transfer would not have been in the interests of justice, however. Each of Mr. Clemmons's tort claims has already

been heard by the District Court for the District of Columba. For the remaining claims, there is no court that would be able to provide Mr. Clemmons with the monetary relief he seeks. The judgment of the trial court is therefore affirmed.

## MITCHELL ENTERPRISES, LTD., Appellant,

v.

## David L. BIBB, Acting Administrator, General Services Administration, Appellee.

### No. 2007–1579.

United States Court of Appeals, Federal Circuit.

July 9, 2008.

William P. Weir, Law Offices of William P. Weir, of Fort Worth, TX, argued for appellant.

James W. Poirier, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee.

---

1. Even if Mr. Clemmons had relied on those provisions before the trial court, the only provision among those three that is money-mandating is 5 U.S.C. § 5596(b)(2), which provides for the payment of back pay after an unjustified personnel action. Mr. Clemmons, however, reached a settlement with the United States Postal Service with respect to his removal in 1998. This court therefore affirmed the order of the Merit Systems Protection Board dismissing his challenge to his removal. *See Clemmons v. U.S. Postal Service*, 232 F.3d 911 (Table). Thus, even if the trial court had jurisdiction over his Back Pay Act claim, the claim would be barred by principles of res judicata.

With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Kirk T. Manhardt, Assistant Director.

Before LOURIE, BRYSON and PROST, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**PAUL MULLER INDUSTRIE GMBH & CO., Plaintiff–Appellee,**

and

The Barden Corporation, FAG Bearings Corporation, Barden Corporation (U.K.) Limited, FAG Italia S.P.A., and FAG Kugelfischer AG, Plaintiffs,

and

SARMA, SKF USA, Inc., SKF Industrie S.P.A., SKF GMBH, and SKF France S.A., Plaintiffs–Cross Appellants,

v.

**UNITED STATES, Defendant–Appellee,**

v.

Timken U.S. Corporation, Defendant–Appellant.

Nos. 2007–1547, 2007–1563.

United States Court of Appeals, Federal Circuit.

July 10, 2008.

William F. Marshall, Grunfeld, Desiderio, Lebowitz, Silverman and Klestadt LLP, of New York, NY, argued for plaintiff-appellee. With him on the brief was Bruce M. Mitchell.

Herbert C. Shelley, Steptoe & Johnson LLP, of Washington, DC, argued for plaintiffs-cross appellants. With him on the brief were Alice A. Kipel and Susan R. Gihring.

Patricia A. McCarthy, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director, and Claudia Burke, Trial Attorney. Of counsel on the brief was Mykhaylo A. Gryzlov, Attorney–Advisor, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Geert M. De Prest, Stewart and Stewart, of Washington, DC, argued for defendant-appellant. With him on the brief were Terence P. Stewart and Lane S. Hurewitz. Of counsel was William A. Fennell.

Before RADER, BRYSON, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.